# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-1860

_____

Samuel Lewis Taylor

*Plaintiff - Appellant*

v.

Michael Miller, CCM II, Potosi Correctional Center; Jason Crawford, Correctional Officer II, Potosi Correctional Center; Carl Gravett, Correctional Officer I, Potosi Correctional Center; Dorrain Johnson, Correctional Officer I, Potosi Correctional Center

*Defendants - Appellees*

Troy Steele, Warden, Potosi Correctional Center; Christopher Lambert, Canteen Manager, Potosi Correctional Center; Clive Hedrick, Correctional Officer I, Potosi Correctional Center; John Schneedle, Correctional Officer I, Potosi Correctional Center; Eric Dunn, CCW II, Potosi Correctional Center

*Defendant*s

Stanley Pruett, CCW II, Potosi Correctional Center

*Defendant - Appellee*

Unknown Culton, Correctional Officer I, Potosi Correctional Center

*Defendant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: December 7, 2017
Filed: December 28, 2017
[Unpublished]

_____

Before SHEPHERD, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action brought by Missouri Department of Corrections inmate Samuel Taylor against Potosi Correctional Center staff, Taylor appeals following the district court's[1] adverse grant of summary judgment on his First Amendment retaliation claims. Following de novo review, we agree with the district court that there is insufficient support in the record for Taylor's contention that defendants' actions were motivated by retaliation. See Lewis v. Jacks, 486 F.3d 1025, 1028-29 (8th Cir. 2007). The judgment of the district court is affirmed in all respects, including the pre-service without-prejudice dismissal of some claims, for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Rodney W. Sippel, Chief Judge, for the United States District Court for the Eastern District of Missouri.